1052

THE STATE OF WASHINGTON, *Respondent*, v. LEVI
ABERCROMBIE, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-04311-8, George T. Mattson, J., entered
August 22, 2007. *Affirmed in part* and *remanded* by unpub-
lished opinion per Agid, J., concurred in by Grosse and
Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN EDWARD
HAGAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-09780-3, James D. Cayce, J., entered
December 31, 2007. *Affirmed* by unpublished per curiam
opinion.

OÜ KULLASADU INVEST, *Respondent*, v. LINDA KASK,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-39401-7, John P. Erlick, J., entered De-
cember 7, 2007. *Affirmed in part* and *reversed in part* by
unpublished opinion per Grosse, J., concurred in by Agid
and Ellington, JJ.

MELISSA SHEFFIELD, *Appellant*, v. GOODYEAR TIRE & RUBBER
CO. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-16069-0, Harry J. McCarthy, J., entered
January 31, 2008. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Dwyer, A.C.J., and Grosse, J.